Avraham Zvi Cutler
Ballon Stoll Bader & Nadler
729 7th Ave., 17th Fl.
New York, NY 10019
State Bar No. 028441
Fax: 212-764-5060
avicutler@gmail.com
Tel: 718-578-7711

*Attorney for Plaintiff Russell Reeves*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell Reeves,<br><br>       Plaintiff,<br><br>vs.<br><br>N.A.R., Inc.,<br><br>       Defendants. | No.: 4:17-cv-275-BPV_<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that Plaintiff Russell Reeves and Defendant N.A.R., Inc. have settled the matters between them.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

                                                            Respectfully Submitted,

DATED:  October 19, 2017          BALLON STOLL BADER & NADLER

                                                            By:    */s/Avraham Zvi Cutler*
                                                                     Avraham Zvi Cutler, Esq.

										Attorneys for Plaintiff
										Russell Reeves

### Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

										*/s/ Avraham Zvi Cutler*
										Avraham Zvi Cutler, Esq.