**Ballon Stoll Bader & Nadler**
By: Avraham Zvi Cutler (028441)
729 7th Ave., 17th Fl.
New York, NY 10019
Phone: (718) 578-7711
avicutler@gmail.com
*Attorney for Russell Reeves*

**Patricia Jo Stone, P.C.**
By:  Joseph J. Lico (028442)
19751 E. Mainstreet, Ste 200
Parker, CO 80138
Phone: (303) 805-7080
Joseph @patriciajostone.com
*Attorney for N.A.R., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RUSSELL REEVES,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>N.A.R., INC.,<br><br>          Defendant. | No.: _4:17-cv-00275-BPV<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 20th day of December, 2017 at New York, New York.

*/s/ Avraham Zvi Cutler*
Avraham Zvi Cutler
Attorney for Plaintiff

Dated this 20th day of December, 2017 at Parker, Colorado.

*/s/ Joseph J. Lico*
Joseph J. Lico
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Arizona that on the 20th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:   Joseph J. Lico, Attorney for Defendant.

*/s/ Avraham Zvi Cutler*
Avraham Zvi Cutler
729 7th Ave, 17th Floor
New York, NY 10019
Phone: 718-578-7711
avicutler@gmail.com